1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11  JOSE SALVADOR DELGADO,              )  Case No. EDCV 13-2086 VBF(JC)
                                        )
12                      Petitioner,     )  ORDER ACCEPTING FINDINGS,
                                        )  CONCLUSIONS, AND
13          v.                          )  RECOMMENDATIONS OF
                                        )  UNITED STATES MAGISTRATE
14                                      )  JUDGE
    W.L. MONTGOMERY,                    )
15                                      )
                                        )
16                      Respondent.     )
                                        )
17  _____

18

19          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of

20  Habeas Corpus by a Person in State Custody and supporting documents

21  ("Petition"), all of the records herein, and the attached Report and

22  Recommendation of United States Magistrate Judge ("Report and

23  Recommendation").  The Court approves and accepts the Report and

24  Recommendation.

25          IT IS ORDERED that Judgment be entered denying the Petition and

26  dismissing this action with prejudice.

27  ///

28  ///

    ///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation, and the Judgment herein on counsel for petitioner and respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.


DATED: June 28, 2017

_____
HONORABLE VALERIE BAKER FAIRBANK
SENIOR UNITED STATES DISTRICT JUDGE