UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE SALVADOR DELGADO,<br><br>        Petitioner,<br><br>    v.<br><br>W.L. MONTGOMERY,<br><br>        Respondent. | Case No. EDCV 13-2086 VBF(JC)<br><br>JUDGMENT |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: June 28, 2017

*Valerie Baker Fairbank*

———————————————————
HONORABLE VALERIE BAKER FAIRBANK
SENIOR UNITED STATES DISTRICT JUDGE